UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, a/s/o Nicole and Derek Heidbreder<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT, U.S.A., Inc.<br><br>Defendant,<br><br>v.<br><br>SERPRO, Inc.<br><br>Defendant. | CIVIL ACTION NO. 2:18-cv-02399-JP<br><br>THE HONORABLE<br>JOHN R. PADOVA<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for the parties, that the above-entitled action be and hereby is dismissed, with prejudice, without costs to either party as against the other pursuant to FRCP 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ Rachel A. Ward
Rachel A. Ward, Esq.
PA Attorney ID 324796
Tel: (215) 665-5577
Email: rward@cozen.com
William N. Clark, Jr., Esq.
PA Attorney ID 69739
Tel: (215) 665-4101
Email: wclark@cozen.com
Cozen O'Connor
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
*Attorneys for Plaintiff Penn National Mutual Casualty Insurance Company a/s/o Nicole and Derek Heidbreder*

Respectfully submitted,

/s/ Roberto K. Paglione (w/ permission)
Roberto K. Paglione, Esq.
PA Attorney ID 87258
Law Offices of Terkowitz & Hermesmann
309 Fellowship Rd., Suite 200
Mount Laurel, NJ 08054
Tel: (856) 642-4012 ext.3
Email: rpaglione@hanover.com
*Attorneys for Defendant Home Depot, U.S.A., Inc. and Serpro, Inc.*